# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M&G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |
| BANCO NACIONAL DE COMERCIO EXTERIOR, S.N.C., INSTITUCIÓN DE BANCA DE DESARROLLO,<br><br>Plaintiff<br><br>v.<br><br>MOSSI & GHISOLFI INTERNATIONAL, S.À R.L.; M & G USA CORPORATION; M&G WATERS USA, LLC; M&G POLYMERS USA, LLC; M & G FINANCE CORPORATION, CHEMTEX INTERNATIONAL, INC., M&G USA HOLDING, LLC, and M & G RESINS USA, LLC,<br><br>Defendants. | Adv. Proc. No. 18-50302 (BLS)<br><br>**Re: Docket No. 7, 8, 9, 10 & 11** |

## MOTION OF BANCOMEXT TO EXCEED THE PAGE LIMIT FOR BANCOMEXT'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND THE JOINDER OF THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS OF M&G USA CORP. *ET AL.*</u>

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.a r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.a r.l. (7812), M&G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**" or "**Plaintiff**") moves for leave (the "**Motion**") to exceed the page limitation imposed by Rule 7007-2(iv) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") for *Bancomext's Brief In Opposition to Defendants' Motion to Dismiss and the Joinder of the Official Committee of Unsecured Creditors of M&G USA Corp. et al.* (the "**Opposition**"). In support of the Motion, Bancomext respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On March 7, 2018, Bancomext filed its *Complaint for Fraudulent Misrepresentation, Avoidance of Fraudulent Transfers, and Imposition of a Constructive Trust* [Adv. Proc. D.I. 1] initiating the above-captioned adversary proceeding. On April 10, 2018, Bancomext filed its *First Amended Complaint* [Adv. Proc. D.I. 6] (the "**First Amended Complaint**").

3. On April 30, 2018 the Defendants filed their *Motion to Dismiss Amended Complaint* [Adv. Proc. D.I. 7] (the "**MTD**") and their *Opening Brief in Support of Defendants' Motion to Dismiss Amended Complaint* [Adv. Proc. D.I. 8] (the "**Defendants' Brief**").

4. Also on April 30, 2018, the Official Committee of Unsecured Creditors (the "**UCC**") filed its motion to intervene in the above captioned adversary proceeding [Adv. Proc.

2

D.I. 10] and joined Defendants' Motion by filing the *Official Committee of Unsecured Creditors' Joinder and Supplemental Memorandum of Law in Support of the Motion to Dismiss* [Adv. Proc. D.I. 11] (the "**UCC's Joinder**").

5. On May 3, 2018, the Court entered an *Ordered Granting Unopposed Motion of the Official Committee of Unsecured Creditors to Intervene Pursuant to Rules 24(a)(1), 24(a)(2) and/or 24(b)(1) of the Federal Rules of Civil Procedure* [Adv. Proc. D.I. 15].

6. Contemporaneously with this Motion, Bancomext is filing its Opposition to MTD and the UCC's Joinder.

## RELIEF REQUESTED

7. Bancomext respectfully requests that the Court grant this motion to exceed the page limit for Bancomext's Opposition by entering an order substantially in the form attached hereto as **Exhibit A** (the "**Order**").

## BASIS FOR RELIEF

8. Local Rule 7007-2 and the General Chambers Procedures, dated June 30, 2011, provide that no brief shall exceed 40 pages in length and no reply shall exceed 20 pages in length. Del. Bankr. L.R. 7007-2(a)(iv); General Chambers Pro. at 3, ¶ 2(a)(vi). However, a brief may exceed 40 pages with leave of the court. *Id.*

9. The Opposition, as currently drafted, is 54 pages. The Opposition presents Bancomext's response to the arguments raised in both the MTD and the UCC's Joinder, which together seek to dismiss the eight causes of action brought in the First Amended Complaint. Given that Bancomext is responding to multiple arguments from multiple parties, it is proper that the Opposition exceed the page limitations set forth in Local Rule 7007-2 and the General

Chambers Procedures. In order to adequately respond to the arguments raised as to each cause of action in the First Amended Complaint and to provide the Court with a complete picture of the issues before it, Bancomext respectfully requests that the Court grant the relief sought by the Motion.

## NOTICE

10. A copy of the Motion is being served upon the following parties: (i) counsel to the Defendants, (ii) counsel for the UCC, and (iii) all other parties that were served with the Opposition. In light of the nature of the relief requested herein, Bancomext submits that no other or further notice is required.

## NO PRIOR REQUEST

11. No prior motion for the relief requested herein has been made to this or any other court.

AMERICAS 94686096

WHEREFORE, Bancomext respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, granting (i) Bancomext leave to exceed the page limitations imposed by Local Rule 7007-2(a)(iv); and (ii) such other and further relief as the Court deems just and proper.

Dated: May 25, 2018

By: /s/ *Margaret M. Manning*
Jeffrey M. Schlerf (DE No. 3047)
Margaret M. Manning (DE No. 4183)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, Delaware 19801-3062
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
—and—
Roberto J. Kampfner
Aaron Colodny
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7729
Facsimile: (213) 452-2329
rkampfner@whitecase.com
aaron.colodny@whitecase.com

*Counsel for Bancomext*