# **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M&G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |
| BANCO NACIONAL DE COMERCIO EXTERIOR, S.N.C., INSTITUCIÓN DE BANCA DE DESARROLLO,<br><br>Plaintiff<br><br>v.<br><br>MOSSI & GHISOLFI INTERNATIONAL, S.À R.L.; M & G USA CORPORATION; M&G WATERS USA, LLC; M&G POLYMERS USA, LLC; M & G FINANCE CORPORATION, CHEMTEX INTERNATIONAL, INC., M&G USA HOLDING, LLC, and M & G RESINS USA, LLC,<br><br>Defendants. | Adv. Proc. No. 18-50302 (BLS)<br><br>**Re: Docket No. 7, 9, 10 & 11** |

## ORDER GRANTING MOTION OF BANCOMEXT TO EXCEED THE PAGE LIMIT FOR BANCOMEXT'S BRIEF IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND THE JOINDER OF THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS OF M&G USA CORP. ET AL.</u>

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.a r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.a r.l. (7812), M&G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

AMERICAS 94686096

Upon the motion (the "**Motion**")[2] of Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**" or "**Plaintiff**") for leave to exceed the page limitation for *Bancomext's Brief In Opposition to Defendants' Motion to Dismiss and the Joinder of the Official Committee of Unsecured Creditors of M&G USA Corp. et al.* (the "**Opposition**"); and the Court finding that notice of the Motion was sufficient under the circumstances; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Bancomext is authorized to file the Opposition in excess of the page limitation of Local Rule 7007-2(a)(iv).

Dated: _____, 2018
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.